**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**                    Index No.: 14cv3884 (JFB) (ARL)

**GLYNICE SIMMONS, Individually and as**
**Administratrix of the Estate of DAINELL**
**ERIK SIMMONS,**

                            **Plaintiff,**          **NOTICE OF MOTION**

          **-against-**

**THE COUNTY OF SUFFOLK AND SUFFOLK**
**COUNTY POLICE DEPARTMENT,**
**POLICE OFFICERS "JOHN DOE"**
**1-10 individually and officially as members**
**of the Suffolk County Police Department,**
**MARYHAVEN CENTER OF HOPE FOR**
**MENTALLY CHALLEGED INDIVIDUALS,**
**and EMPLOYEES "JOHN DOE" 1-10,**

                           **Defendants.**

---

| | |
|---|---|
| **MOTION BY:** | BARTLETT, McDONOUGH & MONAGHAN, LLP<br>Attorneys for Defendant<br>MARYHAVEN CENTER OF HOPE, INC.<br>170 Old Country Road<br>Mineola, New York 11501<br>Tel:  (516) 877-2900 |
| **RETURN DATE:** | October 31, 2014 |
| **PLACE OF HEARING:** | United States District Court, Eastern District of New York<br>located at the Federal Courthouse, 100 Federal Plaza,<br>Central Islip, New York 11722 |
| **JUDGE:** | Honorable Joanna Seybert |
| **SUPPORTING PAPERS:** | Memorandum of Law in Support of Defendant's<br>Motion to Dismiss |
| **RELIEF DEMANDED:** | (A) An order granting defendant's motion to dismiss the<br>complaint pursuant to Federal Rule of Civil Procedure rule<br>12(b)(1) and (6); |

(B) Such other and further relief as this Court deems just and proper.

Dated: Mineola, New York
      September 25, 2014

Yours, etc.,
BARTLETT, McDONOUGH
& MONAGHAN, LLP

By: _____
     Anna I. Hock (AIH9249)
Attorneys for Defendant
MARYHAVEN CENTER OF HOPE, INC.
170 Old Country Road
Mineola, New York 11501
Tel: (516) 877-2900
**BM&M File No.: 353-0002**

To:    Cronin & Byczek, LLP
        Attorneys for Claimant
        1983 Marcus Avenue, Suite 227
        Lake Success, New York 11042

        Dennis M. Brown
        County Attorney
        Attorney for Respondent
        H. Lee Dennison Building
        100 Veterans Memorial Highway
        Hauppauge, New York 11788