# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

Maryann Tagliagambe, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Nassau County, New York.

That on the 26th day of September, 2014, deponent served the within Notice of Motion, Affirmation in Support, Exhibit, and Memorandum of Law upon:

Cronin & Byczek, LLP
Attorneys for Claimant
1983 Marcus Avenue, Suite 227
Lake Success, New York 11042

Dennis M. Brown
County Attorney
Attorney for Respondent
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788

Via Electronic Filing.

_____
Maryann Tagliagambe

Sworn to before me this
26th day of September, 2014

_____
Notary Public
Anna Irena Hock
Notary Public, State of New York
No. 02HO618447
Qualified in Suffolk County
Commission Expires April 7, 20__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                    Index No.: 14cv3884 (JFB) (ARL)
-----------------------------------------------------------------------
GLYNICE SIMMONS, Individually and as Administratrix of the Estate of DAINELL ERIK SIMMONS,

                                                      Plaintiff,

-against-

THE COUNTY OF SUFFOLK AND SUFFOLK COUNTY POLICE DEPARTMENT, POLICE OFFICERS "JOHN DOE" 1-10 individually and officially as members of the Suffolk County Police Department, MARYHAVEN CENTER OF HOPE FOR MENTALLY CHALLEGED INDIVIDUALS, and EMPLOYEES "JOHN DOE" 1-10,

                                                      Defendants.

## NOTICE OF MOTION
## AFFIRMATION IN SUPPORT

Pursuant to 22 NYCRR 130-1.1a, the undersigned, an attorney admitted to practice in the Courts of New York State, certifies that, upon information and belief and after reasonable inquiry, the contentions contained in the annexed documents are not frivolous.

Dated: September 25, 2014

                                                      Anna I. Hock

### *BARTLETT, McDONOUGH, BASTONE & MONAGHAN*
Attorneys for Defendant
MARYHAVEN CENTER OF HOPE FOR
MENTALLY CHALLENGED INDIVIDUALS
Office & P.O. Address
170 Old Country Road, Suite 301
Mineola, New York 11501
Tel: (516) 877-2900

To: All Parties – Via Electronic Filing