

**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132  F: (212) 335-0571

October 9, 2015

**BY ECF**

The Honorable Joanna Seybert
The Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:  *Simmons v. County of Suffolk, et al.*, 14 CV 3884 (JS)(ARL)

Dear Judge Seybert and Magistrate Judge Lindsay:

        This firm, together with my colleagues at Cuti Hecker Wang LLP, have been retained to represent Plaintiff Glynice Simmons in the above-referenced case in the place of Cronin & Byczek, LLP.  We filed notices of appearance by ECF earlier today, and we will be submitting a Consent Order Granting Substitution of Attorney for the Court's execution as soon as we receive outgoing counsel's signature.

        It is not clear from the docket sheet whether Magistrate Judge Lindsay held an Initial Conference on December 3, 2014 and, if so, whether an Initial Conference Order was entered.  We therefore respectfully request that the Court schedule a conference at its earliest convenience to address the discovery schedule and any other open procedural issues.

        Thank you for your consideration.

                                                  Respectfully submitted,

                                                  Brett H. Klein (BK4744)

cc:     All Counsel (via ECF)