# COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

November 25, 2016

Hon. Arlene R. Lindsay, US.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: Simmons v. County of Suffolk et al.
    CV14-CV-3884 (AMD) (ARL)

Dear Judge Lindsay:

This office represents the County of Suffolk and the Suffolk County police officers who are defendants in this civil rights action pursuant to 42 U.S.C. §1983.

On July 25, 2016, Your Honor set the conclusion of discovery for October 28, 2016 and scheduled a pretrial conference for November 30, 2016. On November 17, 2016, District Judge Donnelly extended discovery to February 12, 2017 and directed the parties to file a report as to the status of discovery by February 10, 2017. As a result of the extension of discovery, and with the consent of counsel for plaintiff, we respectfully request that the pretrial conference be adjourned until the conclusion of discovery.

I thank the Court for its anticipated consideration of this request.

Respectfully yours,

Dennis M. Brown
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
Assistant County Attorney

**LOCATION**
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY ♦

**MAILING ADDRESS**
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099 ♦

(631) 853-4049
TELECOPIER (631) 853-5169