**COUNTY OF SUFFOLK**



**STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. BROWN**<br>**COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

June 12, 2017


Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: Simmons v. County of Suffolk et al.
    CV14-CV-3884 (AMD) (ARL)

Dear Judge Lindsay:

This office represents defendants in this civil rights action pursuant to 42 U.S.C. §1983. Respectfully, we request an adjournment of the pretrial conference scheduled for June 15, 2017 to July 13, 17, 18 or 21, 2017.  The adjournment is requested because I am beginning testimony tomorrow in the trial of *Feliciano v. County of Suffolk, et al.*, CV 15-697(LDW)(AKT) before District Judge Wexler, and expect to be actually engaged at trial the remainder of the week. Counsel for plaintiff consents to the requested adjournment.

We thank the Court for its anticipated consideration of this request.


Respectfully submitted,

Dennis M. Brown
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
    Assistant County Attorney