UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE:   ARLENE R. LINDSAY                DATE: 7/26/2017
          United States Magistrate Judge
                                            TIME: 12:00 p.m.

**DOCKET NO: CV 14-3884 (AMD)**
**CASE: Simmons v. County of Suffolk**

___ INITIAL CONFERENCE

___ STATUS CONFERENCE                      BY TELEPHONE ___

___ SETTLEMENT CONFERENCE

_X_ FINAL CONFERENCE

___ DISCOVERY CONFERENCE

APPEARANCES:        FOR PLAINTIFF:         FOR DEFENDANTS:
                    Brett Klein            Arlene Zwilling
                    Eric Hecker

**The following rulings were made:**

The parties are directed to supplement the proposed joint pretrial order on or before August 8, 2017. Additionally, the parties are to advise the undersigned, on or before, August 23, 2017 whether further settlement discussions will be beneficial. A telephone conference is scheduled for August 24, 2017 at 12:00 p.m. Counsel for the plaintiff is directed to initiate the call and once all parties are on the line, chambers may be contacted at (631) 712-5730.

**SO ORDERED:**

_____/s/_____