# COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**                                                    **DEPARTMENT OF LAW**
 **COUNTY ATTORNEY**

August 31, 2017


Hon. Ann Donnelly, US.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Simmons v. County of Suffolk et al.
    14-CV-3884 (AMD) (ARL)

Dear Judge Donnelly:

This office represents the County of Suffolk and the Suffolk County police officers who are defendants in this civil rights action pursuant to 42 U.S.C. §1983.

With the consent of counsel for plaintiff, defendants respectfully request that the pre-motion conference now scheduled for September 13, 2017 be adjourned to the afternoon of either October 12 or 13, 2017.  The adjournment is requested because I will be in New Orleans, Louisiana for the deposition of the County's sanitation expert in *Butler, et an v. County of Suffolk et al.*, CV11-2602 (JS)(GRB) from September 11-13, 2017.  The somewhat lengthy adjournment is requested because I am starting a trial in the case of *Viglione v. County of Suffolk* CV15-4839 (LDW)(AYS) on October 2, 2017.

We thank the Court in advance for its anticipated consideration of this request.


Respectfully submitted,

Dennis M. Brown
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
Assistant County Attorney