# CUTI HECKER WANG LLP

305 BROADWAY, SUITE 607
NEW YORK, NY 10007

ERIC HECKER
212.620.2602 TEL
212.620.2612 FAX

EHECKER@CHWLLP.COM

September 29, 2017

**By ECF**

Judge Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Simmons et al. v. County of Suffolk et al.*, 2:14-cv-03884-AMD-ARL

Dear Judge Donnelly:

    We represent the Plaintiff in this case. We write with the consent of all parties to respectfully request that the pre-motion conference presently scheduled for October 12, 2017 be adjourned until October 16, 2017 at 10:30 a.m. This conference was previously adjourned once at the request of defense counsel; this is Plaintiff's counsel's first request. We understand from Ms. Greene that October 16, 2017 at 10:30 a.m. is a good day and time for the Court, and it works for the parties as well. We very much appreciate the Court's consideration of this request.

        Respectfully submitted,

        Eric Hecker

cc: All Counsel (by ECF)