# Cuti Hecker Wang llp

305 Broadway, Suite 607
New York, NY 10007

Eric Hecker
212.620.2602 tel
212.620.2612 fax

ehecker@chwllp.com

October 23, 2017

**By ECF**

Judge Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Simmons et al. v. County of Suffolk et al.*, 2:14-cv-03884-AMD-ARL

Dear Judge Donnelly:

  We represent the Plaintiff in this case. We write to confirm that all counsel, including Ms. Zwilling's supervisor, are available to appear for a settlement conference in Brooklyn on November 15, 2017. The decedent's mother will be available as well. We respectfully ask that Ms. Greene calendar and docket a settlement conference for that day at a time that is convenient for the Court.

           Respectfully submitted,

           Eric Hecker

cc: All Counsel (by ECF)