UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GLYNICE SIMMONS individually and as
Administratrix of the Estate of Dainell Erik Simmons,

                             Plaintiff,                          **ORDER**
                                                                        CV 14-3884 (AMD)(ARL)
        -against-

COUNTY OF SUFFOLK, et al.,

                             Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      A settlement conference in the above captioned case has been scheduled for **November 30, 2017 at 2:00 p.m**., to be held in Courtroom 810 in the United States Federal Courthouse in Central Islip. At least one week prior to the conference, the parties must first exchange and discuss settlement offer(s). If, after doing so, the parties believe that further settlement discussions with the court will be fruitful, each party shall submit a written statement of their respective settlement positions, ex parte, to the undersigned by November 28, 2017. The ex parte settlement letter should not exceed three pages. If the parties determine that further settlement discussions will be futile, the parties are to advise the court in writing forty-eight hours prior to the conference.

      Clients or other persons with full settlement authority must appear for the conference.

Dated:  Central Islip, New York                       **SO ORDERED:**
         October 23, 2017

                                                                       _____/s/_____
                                                                       ARLENE ROSARIO LINDSAY
                                                                       United States Magistrate Judge