
October 27, 2017

Hon. Ann Donnelly, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Simmons v. County of Suffolk et al.
     14-CV-3884 (AMD) (ARL)

Dear Judge Donnelly:

This office represents the County of Suffolk and the Suffolk County police officers who are defendants in this civil rights action pursuant to 42 U.S.C. §1983.

Pursuant to the Court's Order of October 23, 2017, we advise the Court that defendants do not intend to move for summary judgment.


Respectfully submitted,

Dennis M. Brown
Suffolk County Attorney


*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
Assistant County Attorney