**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

**BEFORE:**     **ARLENE R. LINDSAY**     **DATE: 11/30/2017**
               United States Magistrate Judge
                                                   **TIME: 2:00 p.m.**

**DOCKET NO: CV 14-3884 (AMD)**


**CASE: Simmons v. County of Suffolk**

\_\_\_ **INITIAL CONFERENCE**
\_\_\_ **STATUS CONFERENCE**                            **BY TELEPHONE**\_\_\_
**X**  **SETTLEMENT CONFERENCE**
\_\_\_   **FINAL CONFERENCE ORDER**


        **APPEARANCES:**       **FOR PLAINTIFF:**     **FOR DEFENDANT:**
                                     **Brett Klein**             **Arlene Zwilling**
                                     **Eric Hecker**            **Lynne Bizzarro**

**The following rulings were made:**
    **A settlement was agreed upon. The terms were placed on the record.**


                                             **SO ORDERED:**
                                             _____/s/_____