# Cuti Hecker Wang LLP

305 Broadway, Suite 607
New York, NY 10007

Eric Hecker
212.620.2602 tel
212.620.2612 fax

ehecker@chwllp.com

January 16, 2018

**By ECF**

Judge Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Simmons et al. v. County of Suffolk et al.*, 2:14-cv-03884-AMD-ARL

Dear Judge Donnelly:

    We represent the Plaintiff in this case. On December 27, 2017, the Court issued an Order directing the parties to file a joint stipulation of dismissal by today. The parties and their counsel share the Court's goal of bringing this case to a formal conclusion as quickly as possible, but we respectfully request an adjournment of this deadline for three reasons.

    First, the settlement is subject to legislative approval, which remains pending. My understanding is that approval is expected in the near future.

    Second, once we have legislative approval, we intend to submit to Your Honor a proposed compromise order approving the settlement and attorneys' fees and costs pursuant to Local Rule 83.2.

    Third, predecessor counsel has asserted a charging lien. We have engaged in constructive discussions with predecessor counsel about a possible amicable resolution (the other option being litigation of the validity and extent of the charging lien claim before this Court), and we are hopeful that this issue will be resolved in the near future as well.

    For these reasons, we respectfully request that the deadline for filing a joint stipulation of dismissal be extended until February 16, 2018, which we believe will be enough time for these issues to be resolved.

                                     Respectfully submitted,

                                     Eric Hecker

cc: All Counsel (by ECF)