# Cuti Hecker Wang LLP

305 Broadway, Suite 607
New York, NY 10007

Eric Hecker
212.620.2602 TEL
212.620.2612 FAX

ehecker@chwllp.com

February 15, 2018

**By ECF**

Judge Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Simmons et al. v. County of Suffolk et al.*, 2:14-cv-03884-AMD-ARL

Dear Judge Donnelly:

    We represent the Plaintiff in this case.

    On January 16, 2018, the Court issued an Order extending the deadline for filing a joint stipulation of dismissal until tomorrow, February 16, 2018.

    We are pleased to report that Plaintiff's current counsel and Plaintiff's prior counsel have now amicably resolved the issue relating to prior counsel's asserted charging lien. The agreed-upon result will be reflected in our forthcoming proposed compromise order, which we will submit to the Court pursuant to Local Rule 83.2 promptly after legislative approval of the settlement has been obtained.

    Regarding the timeline for obtaining legislative approval, all Plaintiff's counsel can report is that to our knowledge, approval has not yet been obtained, and that we have not been provided with a specific timeline by Defendants.

    We therefore respectfully request that the Court further extend the deadline and direct defense counsel to provide the Court with further information about the status of the legislative approval process.

    We thank the Court for its consideration of this request.

                                              Respectfully submitted,

                                             Eric Hecker

cc: All Counsel (by ECF)