# COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

February 16, 2018

Hon. Ann Donnelly, US.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Simmons v. County of Suffolk et al.*
Docket No.: 14-CV-3884 (AMD) (ARL)

Hon. Judge Donnelly:

This letter is submitted in response to the Court's order of February 15, 2018, wherein the Court inquired as to the status of the legislative approval of the above entitled case.

In almost all cases, the County funds settlements pursuant to borrowing authority granted to it in New York's Local Finance Law. The County issues bonds in the capital markets in semiannual borrowings in the Fall and in the Spring. The last borrowing closed on October 23, 2017, prior to the settlement of this action. The next borrowing will close in or about June, 2018. This matter will begin to go through the Legislative process to coincide with the next borrowing.

The proposed settlement of this matter must first be presented to the Ways & Means Committee of the Suffolk County Legislature for approval. The purchase of a bond must be approved by the Budget Committee, and then approved by a vote of the full legislature at a General Meeting. Following an orderly progression in the Legislative and bond offering schedule is a factor of budgetary consideration.

Following is the Legislative calendar: March 6, 2018; March 20, 2018; April 24, 2018; May 15, 2018; June 5, 2018; and June 19, 2018. Preliminary and final approval will be completed within these Legislative dates to assure funding.

Thank you.

**LOCATION**
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦

**MAILING ADDRESS**
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099   ♦

(631) 853-4049
TELECOPIER (631) 853-5169

Very truly yours,

Dennis M Brown
Suffolk County Attorney

*/s/ Susan A. Flynn*
By:     Susan A. Flynn
        Bureau Chief, Litigation Bureau

cc:  All counsel via ECF

**LOCATION**  
**H. LEE DENNISON BLDG.**  
**100 VETERANS MEMORIAL HIGHWAY**     ♦     

**MAILING ADDRESS**  
**P.O. BOX 6100**  
**HAUPPAUGE, NY  11788-0099**     ♦     

**(631) 853-4049**  
**TELECOPIER (631) 853-5169**