FILED
CLERK

JGK 11/30/2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
                               .
Glynice Simmons,               .   Docket #CV-14-3884 (AMD)(ARL)
                               .
          Plaintiff,           .
                               .   United States Courthouse
               V.              .   Central Islip, New York
                               .   November 30, 2017
County of Suffolk, New York,   .   4:09 p.m.
et al.,                        .
                               .
          Defendants.          .
...............................
```

TRANSCRIPT OF SETTLEMENT CONFERENCE
BEFORE THE HONORABLE ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For The Plaintiff:            Brett H. Klein, Esq.
                              Brett H. Klein, Esq., PLLC
                              305 Broadway-Ste. 600
                              New York, NY 10007

                              Eric J. Hecker, Esq.
                              Cuti Hecker Wang, LLP
                              305 Broadway-Ste. 607
                              New York, NY 10007

For The Defendants:           Arlene S. Zwilling, Esq.
                              Suffolk County Attorney
                              County of Suffolk
                              P. O. Box 6100
                              100 Veterans Memorial Hwy.
                              Hauppauge, NY 11788

2

Lynne Bizzarro, Esq.
Chief Deputy County Attorney
County of Suffolk
P. O. Box 6100
100 Veterans Memorial Hwy.
Hauppauge, NY 11788

Audio Operator:

Transcribing Firm:              Writer's Cramp, Inc.
                                63 Dakota Drive
                                Hamilton, NJ 08619
                                609-588-8043

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

1              THE CLERK:  Calling 2014-civil-3884, Simmons v.

2    County of Suffolk, et al.  State your appearances.

3              MR. KLEIN:  Brett Klein for the plaintiff, Glynice

4    Simmons who is here to my right, and co-counsel, Eric Hecker.

5              THE COURT:  All right.  And for the defendant?

6              MS. BIZZARRO:  Lynne Bizzarro, Chief Deputy County

7    Attorney for Suffolk County.

8              MS. ZWILLING:  Assistant County Attorney, Arlene

9    Zwilling.

10             THE COURT:  All right.  And so, we've been here for

11   now several hours negotiating over a possible settlement of

12   the case and I'm advised by counsel that a settlement in

13   principle has been achieved, and I'll ask either Mr. Klein or

14   Mr. Hecker to put the number on -- you know, on record and

15   give me an outline of the terms.

16             MR. KLEIN:  Sure.  Judge, it's our -- there's been

17   an agreement to a total settlement amount of $1,850,000

18   payable to Glynice Simmons as the Administrator of the Estate

19   of Dainell Simmons, in satisfaction of all claims that were or

20   could have been alleged in this case.

21             THE COURT:  All right.  And I understand the county

22   has to place on the record that -- subject to the approval of

23   the legislature, so please do that.

24             MS. ZWILLING:  Yes, Judge.  The amount agreed on,

25   1.85 million is -- we do want reflected --

1          THE COURT:  No, it's 1.850,000, not 1.85 million.

2          MS. ZWILLING:  No -- 1.85, yes.  Okay, $1,850,000,

3   yes --

4          THE COURT:  Okay.

5          MS. ZWILLING:  -- is inclusive of all attorney's

6   fees -- costs and disbursements.  The plaintiff agrees that

7   they will execute the necessary general release, stipulation,

8   and if required, a (indiscern.) order.  The settlement will be

9   presented for the first step in the required legislative

10  approval, which will be the presentation to the Ways and Means

11  Committee in 2018.

12         THE COURT:  Okay.  All right.  So, I want to -- I

13  want to say, first of all, I thank all counsel who have worked

14  very, very hard to achieve this settlement.  Is there

15  something else?

16         MS. ZWILLING:  Yes --

17         THE COURT:  Okay.

18         MS. ZWILLING:  -- I just also wanted to follow that

19  up with, if upon approval by the Ways and Means Committee, if

20  that happens as expected, it will be presented to the full

21  Legislature (indiscern.).

22         THE COURT:  Okay.

23         MS. ZWILLING:  And the settlement is subject, under

24  the General Municipal Law (phonetic) and full Legislative

25  review.

1           THE COURT:  Right.  That is normal approval process.

2           MR. KLEIN:  And Judge, if I may?  Just, that is our

3    understanding that they would under take -- initiate the

4    process as early in 2018 as practicable.

5           THE COURT:  Okay.

6           MS. ZWILLING:  Yes.

7           THE COURT:  Is that agreed upon?

8           MR. KLEIN:  And I think on behalf of all of us, we

9    want to thank you for your assistance and --

10          THE COURT:  Well, you worked very very hard at this

11   and it's a -- it's a good settlement.  It's a very good

12   settlement and I think that it's -- it's one that will fairly

13   compensate the family for what occurred here.

14       Mrs. Simmons, I want to address you, specifically as the

15   administrator of the estate.  Have you had -- you've heard the

16   terms of the settlement and you've been part of the process

17   for the last several hours that we've been here, is that

18   correct?

19          MS. SIMMONS:  Yes.

20          THE COURT:  And have you had adequate time now to

21   consult with your counsel as to the negotiated settlement that

22   we've just described on the record?

23          MS. SIMMONS:  Yes.

24          THE COURT:  And you agree to the terms of the

25   settlement on behalf of the estate and the family?

1           MS. SIMMONS:  Yes.

2           THE COURT:  Okay.  Are there any questions you need

3    to ask me about any of this?

4           MS. SIMMONS:  No.

5           THE COURT:  And I have to ask you this question.

6    It's sort of an odd question, but it's to make sure that

7    you're thinking clearly.  In the last 24 hours, have you had

8    any kind of medication or pills or alcohol, even that might

9    affect your ability to think clearly right now?

10          MS. SIMMONS:  No.

11          THE COURT:  Okay.  And do you need any more time

12   than what we've already had to consider whether or not this is

13   an appropriate settlement for the estate?

14          MS. SIMMONS:  No.

15          THE COURT:  Okay.  And you fully understand the

16   terms?

17          MS. SIMMONS:  Yes.

18          THE COURT:  Okay.

19          MS. ZWILLING:  Your Honor, there is one thing that I

20   think I would like to add to the terms of the agreement.  And

21   that is that the plaintiff agrees to take any steps necessary

22   with the Surrogate's Court, to effectuate the settlement.

23          THE COURT:  Is there anything that has to be done

24   with the Surrogate's Court?

25          MR. KLEIN:  So there is and I was going to mention

1   that.  So under the local rules, I believe that this Court

2   could approve the settlement and the distribution of the

3   proceeds to the estate can be done -- would be done in the

4   Surrogate's Court, or the approval could be done in the

5   Surrogate's Court as well as the distribution to the estate.

6   I think what I've done in other cases and what I'd do here is,

7   I would speak with the County about whether they would either

8   like to do this before Judge Donnelly or consent to Your

9   Honor.  Given your familiarity with the proceedings, it might

10  make sense for the parties to consent but we could discuss

11  that and we would file what's typically an unopposed

12  compromise order --

13              THE COURT:  Okay.

14              MR. KLEIN:  -- it's set forth in the local rules

15  that if it -- as you would do under state law, for the court

16  to approve the settlement and the overall amount and the fees

17  in the case.

18              THE COURT:  Okay.

19              MR. KLEIN:  And in terms of the allocation of the

20  estate's -- to the estate, that would be done in a separate

21  proceeding in the Surrogate's Court which we agreed to do as

22  soon as practicable.

23              THE COURT:  All right.  Well I'll cooperate or

24  provide assistance in whatever fashion you require.  If you

25  want it -- if it's Judge Donnelly or myself, whatever is

8

1    easier, we'll certainly participate in facilitating the

2    process.

3              MR. KLEIN:  Thank you.

4              THE COURT:  Okay.  All right, I think that takes

5    care of this matter.  And I, again, I want to thank all

6    counsel for their hard work here.  And Mrs. Simmons, I wish

7    you the best.

8              MS. SIMMONS:  Thank you.

9              THE COURT:  Okay.

10             MS. ZWILLING:  Thank you again, Your Honor.

11             THE COURT:  Thank you.  Have a good night, everyone.

12             MR. KLEIN:  Thank you, Judge.

13        (Court adjourned)

14

15                        CERTIFICATION
16   I certify that the foregoing is a correct transcript from the
17   electronic sound recording of the proceedings in the above-
18   entitled matter.
19
20
21   _Lewis Parham_                        2/26/18
22
23   _____        _____
24   Signature of Transcriber                 Date