

**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132  F: (212) 335-0571

July 2, 2018

**BY ECF**

The Honorable Ann M. Donnelly
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Simmons v. County of Suffolk, et al., 14 CV 3884 (AMD)(ARL)*

Dear Judge Donnelly:

    I represent the plaintiff in the above-referenced civil rights action. I write with defense counsel's consent to request that the deadline for the submission of a proposed Settlement Order approving the settlement in the case, together with pertinent supporting declarations and exhibits, be enlarged from July 2, 2018 to July 9, 2018. A Settlement Order is necessary pursuant to both Local Rule 83.2(b) and General Municipal Law 6-n. In this regard, the proposed settlement has been approved by the Suffolk County legislature, and the parties have coordinated the drafting of the proposed Settlement Order, which will be submitted jointly by the parties. Although all pertinent documents have been drafted and agreed upon, we require this additional time so that Ms. Simmons, who is out of the State, can sign the necessary documents upon her return to New York this Thursday.

    Thank you for your consideration.

    Respectfully,

    /s/ Brett Klein

    Brett H. Klein

cc:    All Counsel (by ECF)