

**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132  F: (212) 335-0571

July 6, 2018

**BY ECF**

The Honorable Ann M. Donnelly
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Simmons v. County of Suffolk, et al.,* 14 CV 3884 (AMD)(ARL)

Dear Judge Donnelly:

    Together with co-counsel, Eric Hecker, I represent the Plaintiff. We are pleased to report that the Suffolk County Legislature has approved of the settlement of this case, and hereby submit the necessary documents to effectuate the settlement.

    Attached for the Court's review is a proposed Settlement Order and supporting documentation. A Settlement Order is necessary pursuant to both Local Rule 83.2(b) and General Municipal Law 6-n. By so-ordering the proposed Settlement Order, the Court would be holding that the settlement amount is fair, reasonable, and in the best interests of both the Plaintiff and Suffolk County, and that the attorneys' fees and disbursements are fair and reasonable. Any apportionment of the net recovery (after attorney's fees are paid and disbursements are reimbursed) and distribution to next of kin would be supervised and approved by the Surrogate's Court.

    Defendants assisted in the drafting of this proposed Settlement Order and join Plaintiff in respectfully requesting that the Court so-order it. Needless to say, we are available to address any questions the Court may have. We are grateful the for the Court's assistance to the parties.

                                             Respectfully submitted,

                                             s/ Brett Klein

                                             Brett H. Klein

Enc.
cc:  All Counsel (by ECF)