UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GLYNICE SIMMONS, individually and as
Administratrix of the ESTATE OF DAINELL
ERIK SIMMONS,

                         Plaintiffs,

     -against-

COUNTY OF SUFFOLK; George Oliva; Karen Grenia;
Susan Cataldo; Sal Yovino; James Poltorak; Kevin
Wuestenhoff; Jeffrey Pitkewics; Steven Turner; Richard
Ciaccio, James Samartino; Denise Fierro; Frank Leotta, and
POLICE OFFICERS "JOHN DOE" 1-10,

                         Defendants.

------------------------------------------------------------------X

14 CV 3884 (AMD) (ARL)

**DECLARATION OF ERIC HECKER IN SUPPORT OF COMPROMISE ORDER**

      **ERIC HECKER**, an attorney duly admitted to practice before this Court, hereby declares the following to be true under penalty of perjury, pursuant to 28 U.S.C. § 1746:

      1.     I am a partner at Cuti Hecker Wang LLP, counsel for the Plaintiff in this action, together with our co-counsel, Brett H. Klein. I submit this Declaration in support of Plaintiff's application for the Court to execute the attached proposed Order of Compromise pursuant to Local Rule 83.2(b) and N.Y. G.M.L. § 6-n(10).

      2.     The parties have agreed to settle this case for a total of $1,850,000.00 inclusive of all costs, disbursements, and attorney's fees. This settlement amount was the result of extensive arms'-length negotiations between counsel for the parties, culminating in a settlement conference supervised by Magistrate Judge Lindsay. The settlement amount reflects the seriousness and strength of Plaintiff's claims, the viability of Defendants' defenses, and the significant trial risk

1

that both sides faced. It is a fair and reasonable settlement.

3. Attached hereto as Exhibit A is a true and correct copy of the May 10, 2018 letter from the Chair of the Suffolk County Ways and Means Committee, Bridget Fleming, confirming that the County approved the settlement of this action.

4. Plaintiff's counsel's retainer agreement with Plaintiff provides for a legal fee in the amount of one third (1/3) of the net recovery, after the reimbursement of out-of-pocket case expenses. This is a standard fee arrangement in a case such as this, and it is fair and reasonable.

5. Plaintiff's counsel incurred a total of $25,661.33 in out-of-pocket costs in this action, which includes filing fees, medical record fees, deposition transcript fees, expert witness fees, travel expenses, and other miscellaneous disbursements. These costs were reasonably incurred in the prosecution of this action.

6. After this $25,661.33 in out-of-pocket costs is reimbursed to Plaintiff's counsel, the net recovery is $1,824,338.67. One third of the net recovery is $608,112.89, which is the fee that is due to Plaintiff's counsel. This amount is fair and reasonable given the facts and circumstances of this case.

Dated: June 29, 2018
      New York, New York

By: _____
     Eric Hecker
CUTI HECKER WANG LLP
305 Broadway, Suite 607
New York, New York 10007
(212) 620-2600
*Attorneys for Plaintiff*

# EXHIBIT A

# OFFICE OF THE COUNTY LEGISLATURE
## COUNTY OF SUFFOLK

**Bridget Fleming**
Second Legislative District

**Chair**
Ways & Means Committee

**Vice-Chair**
Health Committee



**Committee Member**
Public Safety
Environment, Planning
and Agriculture
Public Works, Transportation
and Energy

May 10, 2018

Lynne A. Bizzarro
Chief Deputy County Attorney
P.O. Box 6100
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788

Re:   Glynice Simmons, et al. v. County Suffolk, et al.

Dear Ms. Bizzarro:

This letter will confirm that at the May 10, 2018 meeting of the Ways and Means Committee of the Suffolk County Legislature, settlement of the above captioned matter by the County's contribution of the sum of $1,850,000 was authorized.

Very truly yours,

Bridget Fleming
Suffolk County Legislator
Chair, Ways and Means Committee

75 Washington Street, P.O. Box 1827, Sag Harbor, NY 11963
Phone: (631) 852-8400 Fax: (631) 852-8404
Email: bridget.fleming@suffolkcountyny.gov