UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GLYNICE SIMMONS, individually and as
Administratrix of the ESTATE OF DAINELL
ERIK SIMMONS,

        Plaintiffs,

-against-

COUNTY OF SUFFOLK; George Oliva; Karen Grenia;
Susan Cataldo; Sal Yovino; James Poltorak; Kevin
Wuestenhoff; Jeffrey Pitkewics; Steven Turner; Richard
Ciaccio, James Samartino; Denise Fierro; Frank Leotta, and
POLICE OFFICERS "JOHN DOE" 1-10,

        Defendants.

-------------------------------------------------------------------X

14 CV 3884 (AMD) (ARL)

**ORDER OF COMPROMISE**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 09 2018 ★

BROOKLYN OFFICE

  WHEREAS, Plaintiff Glynice Simmons, as Administrator of the Estate of Dainell Erik Simmons, commenced the above-captioned action in this Court; and

  WHEREAS, the parties now desire to settle this action, and have agreed to settle all claims, inclusive of all costs, disbursements, and attorneys' fees, for the total amount of $1,850,000; and

  WHEREAS, pursuant to Local Rule 83.2(b), N.Y. E.P.T.L. § 5-4.6, and N.Y. G.M.L. § 6-n(10), Plaintiff has requested that this Court approve this settlement as fair and reasonable and also approve Plaintiff's counsel's attorneys' fees and disbursements; and

  WHEREAS, the Court has reviewed the parties' submission, including the Declarations of Arlene Zwilling, Eric Hecker, and Glynice Simmons, and the attachments thereto;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The total settlement amount of One Million Eight Hundred Fifty Thousand Dollars ($1,850,000.00) inclusive of all costs, disbursements, and attorney's fees (the "Settlement Amount") is hereby approved as just, fair, and reasonable.

2. The Court further finds that the Settlement Amount is in the best interests of Suffolk County, and is hereby approved pursuant to G.M.L. § 6-n(10).

3. No later than thirty (30) days from the date of this Order, Defendant County of Suffolk shall deliver to Plaintiff's counsel a check made payable to "Brett H. Klein, Esq., PLLC as Attorneys for Glynice Simmons, Administrator of the Estate of Dainell Erik Simmons" in the amount of the Settlement Amount.

4. The Settlement Amount shall be deposited into an interest-bearing escrow account controlled by Brett H. Klein, Esq., PLLC and shall be distributed as follows:

   a. Plaintiff's counsel's attorneys' fees of $608,112.89 are hereby approved as fair and reasonable, and such amount shall be distributed to Plaintiff's counsel promptly after the Settlement Amount is received.

   b. Plaintiff's counsel's disbursements of $25,661.33 are hereby approved as fair and reasonable, and Plaintiff's counsel shall be reimbursed for such amount out of the Settlement Amount promptly after the Settlement Amount is received.

   c. The remainder of the Settlement Amount following the payment of Plaintiff's counsel's attorney's fees and disbursements (the "Net Settlement Amount") shall remain in an interest-bearing escrow account controlled by Brett H. Klein, Esq., PLLC until the Surrogate's Court issues an order directing the distribution, in part or in whole, of the Net Settlement Amount.

IT IS SO ORDERED.

Dated:                              s/Ann M. Donnelly
                                    _____
                                    HON. ANN M. DONNELLY
                                    United States District Judge